| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Allen I. Gorski, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>agorski@gorskiknowlton.com<br>Attorneys for Creditor, Hudson Associates | Order Filed on July 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Frederick J. LaVergne,<br><br>        Debtor. | Chapter 13<br><br>Case No.: 16-32813<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING HUDSON ASSOCIATES MOTION TO VACATE THE STAY & DENYING DEBTORS CROSS MOTION DETERMINE STAY APPLIES**

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 10, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Frederick J. Lavergne
Case No:  16-32813
Caption of Order:  Order Granting Hudson Associates Motion to Vacate the Stay & Denying Debtors Cross Motion Determine Stay Applies

_____

THIS MATTER having come before the Court, on March 28, 2017, April 11, 2017 and June 13, 2017, Allen I. Gorski, Esquire, Gorski & Knowlton appearing on behalf of the Creditor/Movant, Hudson Associates, Fredrick J. Lavergne appearing Debtor pro se, David Martin, Esquire, appearing for the Standing Chapter 13 Trustee, Albert Russo and Nicholas Rogers, Esquire, appearing for Christiana Trust, the Court having reviewed the moving papers and having heard argument of counsel at each hearing, and for good cause shown;

IT IS hereby ORDERED:

1. The Hudson Associates motion to vacate the stay is granted in full after August 8, 2017.  Pending August 8, 2017, Hudson Associates is granted limited relief from the automatic stay to take all steps to reschedule the sheriff sale of the Maine property but not to conduct the sale prior to August 8, 2017.  Hudson Associates has full relief from the automatic stay effective August 8, 2017 subject to further order of the Court.

2. The Debtor's cross motion to determine the stay applies is hereby denied as moot.

3. Hudson Associates shall provide Debtor by email a calculation of the pre-petition arrears by June 23, 2017.  The Debtor shall file a modified plan by July 7, 2017.

4. The Debtor shall have bankruptcy counsel enter an appearance on Debtor's behalf by June 23, 2017.

5. The confirmation hearing shall be adjourned to Tuesday, August 8, 2017 at 10:00 a.m.

**(Page 3)**
Debtor:  Frederick J. Lavergne
Case No:  16-32813
Caption of Order:  Order Granting Hudson Associates Motion to Vacate the Stay & Denying Debtors Cross Motion Determine Stay Applies
_____

6. The Debtor shall maintain adequate protection payment to Hudson Associates for July and August, maintain insurance and maintain real estate tax payments pursuant to April 21, 2017 Court Order (Doc #41).

7. Debtor shall provide to Hudson Associates counsel updated paystubs that are being provided to the Chapter 13 Trustee and copies of any other documents transmitted to the Chapter 13 Trustee.