UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Creditor, Hudson Associates

Order Filed on July 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Chapter 13 |
|---|---|
| Frederick J. LaVergne, | Case No.: 16-32813 |
| Debtor. | Judge: Michael B. Kaplan |

**ORDER GRANTING HUDSON ASSOCIATES MOTION TO VACATE THE STAY & DENYING DEBTORS CROSS MOTION DETERMINE STAY APPLIES**

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 10, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Frederick J. Lavergne
Case No: 16-32813
Caption of Order: Order Granting Hudson Associates Motion to Vacate the Stay & Denying Debtors Cross Motion Determine Stay Applies

___

THIS MATTER having come before the Court, on March 28, 2017, April 11, 2017 and June 13, 2017, Allen I. Gorski, Esquire, Gorski & Knowlton appearing on behalf of the Creditor/Movant, Hudson Associates, Fredrick J. Lavergne appearing Debtor pro se, David Martin, Esquire, appearing for the Standing Chapter 13 Trustee, Albert Russo and Nicholas Rogers, Esquire, appearing for Christiana Trust, the Court having reviewed the moving papers and having heard argument of counsel at each hearing, and for good cause shown;

IT IS hereby ORDERED:

1. The Hudson Associates motion to vacate the stay is granted in full after August 8, 2017. Pending August 8, 2017, Hudson Associates is granted limited relief from the automatic stay to take all steps to reschedule the sheriff sale of the Maine property but not to conduct the sale prior to August 8, 2017. Hudson Associates has full relief from the automatic stay effective August 8, 2017 subject to further order of the Court.

2. The Debtor's cross motion to determine the stay applies is hereby denied as moot.

3. Hudson Associates shall provide Debtor by email a calculation of the pre-petition arrears by June 23, 2017. The Debtor shall file a modified plan by July 7, 2017.

4. The Debtor shall have bankruptcy counsel enter an appearance on Debtor's behalf by June 23, 2017.

5. The confirmation hearing shall be adjourned to Tuesday, August 8, 2017 at 10:00 a.m.

**(Page 3)**
Debtor:  Frederick J. Lavergne
Case No:  16-32813
Caption of Order:  Order Granting Hudson Associates Motion to Vacate the Stay & Denying Debtors Cross Motion Determine Stay Applies

_____

6. The Debtor shall maintain adequate protection payment to Hudson Associates for July and August, maintain insurance and maintain real estate tax payments pursuant to April 21, 2017 Court Order (Doc #41).

7. Debtor shall provide to Hudson Associates counsel updated paystubs that are being provided to the Chapter 13 Trustee and copies of any other documents transmitted to the Chapter 13 Trustee.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-32813-MBK
Frederick John LaVergne                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin        Page 1 of 1        Date Rcvd: Jul 10, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
db             +Frederick John LaVergne,    312 Walnut Street,    Delanco, NJ 08075-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Hudson Associates agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               james.shay@phelanhallinan.com
              Jenelle C Arnold    on behalf of Creditor    Christiana Trust, a div. of Wilmington Savings Fund
               Society, FSB bkecfinbox@aldridgepite.com,    jarnold@ecf.inforuptcy.com
              Michael Frederick Dingerdissen    on behalf of Defendant    PHELAN, HALLINAN, DIAMOND, JONES, PC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Defendant    Aldridge Pite, L.L.P in the capacity as Agent for
               Christiana Trust a Div. of Wilmington Savings Fund Society, FSB, Trustee of ARLP Trust 3
               bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Defendant    Fay Servicing, L.L.C. ecf@powerskirn.com
                                                                                              TOTAL: 10