UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Creditor, Hudson Associates

Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frederick J. LaVergne,

       Debtor.

Chapter 13

Case No.:  16-32813

Judge:   Michael B. Kaplan

**ORDER GRANTING HUDSON ASSOCIATES MOTION TO VACATE THE STAY**

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Frederick J. Lavergne
Case No:  16-32813
Caption of Order:  Order Granting Hudson Associates Motion to Vacate the Stay

___

    THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton appearing on behalf of the Creditor/Movant, Hudson Associates, Fredrick J. Lavergne appearing Debtor pro se, David Martin, Esquire, appearing for the Standing Chapter 13 Trustee, Albert Russo and Nicholas Rogers, Esquire, appearing for Christiana Trust, the Court having reviewed the moving papers and having heard argument of counsel at each hearing, and the Debtor having defaulted under the terms of the July 10, 2017 Order, and for good cause shown;

    IT IS hereby ORDERED:

1.    The Hudson Associates is granted full relief from the automatic stay to foreclose on the property at Route 221, Hudson, Maine, Balsam Acres subdivision tax map 7, Lots 36, 36-1 & 36-2.