UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Creditor, Hudson Associates

**Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Chapter 13 |
| Frederick J. LaVergne, | Case No.: 16-32813 |
| Debtor. | Judge: Michael B. Kaplan |

### ORDER GRANTING HUDSON ASSOCIATES MOTION TO VACATE THE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 26, 2017**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Frederick J. Lavergne
Case No:  16-32813
Caption of Order:  Order Granting Hudson Associates Motion to Vacate the Stay
_____

THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski &

Knowlton appearing on behalf of the Creditor/Movant, Hudson Associates, Fredrick J. Lavergne

appearing Debtor pro se, David Martin, Esquire, appearing for the Standing Chapter 13 Trustee,

Albert Russo and Nicholas Rogers, Esquire, appearing for Christiana Trust, the Court having

reviewed the moving papers and having heard argument of counsel at each hearing, and the

Debtor having defaulted under the terms of the July 10, 2017 Order, and for good cause shown;

IT IS hereby ORDERED:

1.      The Hudson Associates is granted full relief from the automatic stay to foreclose

on the property at Route 221, Hudson, Maine, Balsam Acres subdivision tax map 7, Lots

36, 36-1 & 36-2.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32813-MBK
Frederick John LaVergne                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 26, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db              +Frederick John LaVergne,   312 Walnut Street,   Delanco, NJ 08075-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Allen I Gorski   on behalf of Creditor   Hudson Associates agorski@gorskiknowlton.com
          Denise E. Carlon   on behalf of Creditor   CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
           FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James Patrick Shay   on behalf of Creditor   CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
           FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
           james.shay@phelanhallinan.com
          Jenelle C Arnold   on behalf of Creditor   Christiana Trust, a div. of Wilmington Savings Fund
           Society, FSB bkecfinbox@aldridgepite.com,   jarnold@ecf.inforuptcy.com
          Michael Frederick Dingerdissen   on behalf of Defendant   PHELAN, HALLINAN, DIAMOND, JONES, PC
           nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   FAY SERVICING, LLC nj.bkecf@fedphe.com
          R. A. Lebron   on behalf of Defendant   Aldridge Pite, L.L.P in the capacity as Agent for
           Christiana Trust a Div. of Wilmington Savings Fund Society, FSB, Trustee of ARLP Trust 3
           bankruptcy@feinsuch.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Defendant   Fay Servicing, L.L.C. ecf@powerskirn.com
                                                                          TOTAL: 10