UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Frederick John LaVergne

Case No.: _____16-32813_____

Chapter: _____13_____

Judge: _____Kaplan_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Frederick John LaVergne_____

This will confirm that on _____August 4, 2017_____ the following document(s) was filed by you.

☒     Amendment to Schedule(s) _____,

☐     Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒     Declaration About an Individual Debtor's Schedules (106 Declaration)

☒     An updated Summary of Your Assets and Liabilities and Certain Statistical Information

       (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐     Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐     An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

       [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

    Dated: _August 4, 2017_____              Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Frederick John LaVergne
        Debtor

Case No. 16-32813-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 04, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db              +Frederick John LaVergne,    312 Walnut Street,    Delanco, NJ 08075-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Hudson Associates agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               james.shay@phelanhallinan.com
              Jenelle C Arnold    on behalf of Creditor    Christiana Trust, a div. of Wilmington Savings Fund
               Society, FSB bkecfinbox@aldridgepite.com,  jarnold@ecf.inforuptcy.com
              Michael Frederick Dingerdissen    on behalf of Defendant    PHELAN, HALLINAN, DIAMOND, JONES, PC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Defendant    Aldridge Pite, L.L.P in the capacity as Agent for
               Christiana Trust a Div. of Wilmington Savings Fund Society, FSB, Trustee of ARLP Trust 3
               bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Defendant    Fay Servicing, L.L.C. ecf@powerskirn.com
                                                                          TOTAL: 10