Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−32813−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederick John LaVergne
   312 Walnut Street
   Delanco, NJ 08075

Social Security No.:
   xxx−xx−8388

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/9/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 9, 2017
JAN: wir

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-32813-MBK
Frederick John LaVergne                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1           Date Rcvd: Aug 09, 2017
                                Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db           +Frederick John LaVergne,    312 Walnut Street,    Delanco, NJ 08075-4658
cr           +CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +FAY SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +Hudson Associates,    c/oGORSKI & KNOWLTON,    311 WHITE HORSE AVE,    STE A,    STE A,
               HAMILTON, NJ 08610-1430
516759491     Barnabas Health Medical Group,    c/o CCCB,    PO Box 1750,   Whitehouse Station, NJ  08889-1750
516525592    +Countrywide Home Loans,    Phelan, Hallinan, Diamond et als,    400 Fellowship Rd.,
               Mt. Laurel, NJ 08054-3437
516789259    +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
516759286    +Hudson Associates,    Richard Silver, Esq.,    133 Broadway,   Bangor, ME 04401-5205
516553934     Hudson Associates,    c/o Russell/Silver PA,    Bangor, ME
516525591    +Scott F. Davidson,    3 Badminton Way,    Sea Bright, NJ 07760-2147
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2017 22:31:10      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2017 22:31:08      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516668963    +EDI: RMSC.COM Aug 09 2017 22:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516553935      Christiana Trust/CW
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Hudson Associates agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               james.shay@phelanhallinan.com
              Jenelle C Arnold    on behalf of Creditor    Christiana Trust, a div. of Wilmington Savings Fund
               Society, FSB bkecfinbox@aldridgepite.com,    jarnold@ecf.inforuptcy.com
              Michael Frederick Dingerdissen    on behalf of Defendant    PHELAN, HALLINAN, DIAMOND, JONES, PC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Defendant    Aldridge Pite, L.L.P in the capacity as Agent for
               Christiana Trust a Div. of Wilmington Savings Fund Society, FSB, Trustee of ARLP Trust 3
               bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Defendant    Fay Servicing, L.L.C. ecf@powerskirn.com
                                                                                              TOTAL: 10