| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**FREDERICK JOHN LAVERGNE**<br><br>Debtor(s) |

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG  9 2017

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Chapter 13 Case No.: 16-32813 MBK

Hearing:   August 8, 2017

Judge Michael B. Kaplan

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2), is ORDERED.

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Dated:
8/9/17

**THIS MATTER**, having come before the Court for an adjourned hearing on confirmation, on August 8, 2017, on the Debtor's Chapter 13 Plan; and the Court hearing arguments of the *pro se* debtor, attorneys for objecting parties, and the Chapter 13 Trustee; and for reasons set forth on the record, including but not limited to the following; and for good cause shown, it is hereby:

**ORDERED** that the above captioned case is hereby dismissed for the Debtor(s) for: *the reasons set forth on the record, including, but not limited to:* (MBK)

- Lack of prosecution
- Failure to file modified plan by date set forth by the court
- Failure to file feasible plan, income and/or budget statement
- Failure to submit required documents to the Chapter 13 Trustee in the time ordered by the court
- Failure to resolve Trustee/creditor objections
- Failure to file a feasible plan, stay relief granted for Maine property

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-32813-MBK
Frederick John LaVergne                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db          +Frederick John LaVergne,    312 Walnut Street,    Delanco, NJ 08075-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Hudson Associates agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
               FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3
               james.shay@phelanhallinan.com
              Jenelle C Arnold    on behalf of Creditor    Christiana Trust, a div. of Wilmington Savings Fund
               Society, FSB bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com
              Michael Frederick Dingerdissen    on behalf of Defendant    PHELAN, HALLINAN, DIAMOND, JONES, PC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Defendant    Aldridge Pite, L.L.P in the capacity as Agent for
               Christiana Trust a Div. of Wilmington Savings Fund Society, FSB, Trustee of ARLP Trust 3
               bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Defendant    Fay Servicing, L.L.C. ecf@powerskirn.com
                                                                                               TOTAL: 10